**FILED**

06/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0148

# IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. <u>DA 21-0148</u>

**JOHN CLAYTON ELLINGHOUSE,**

        **Appellant,**

**v.**

**STATE OF MONTANA,**

        **Appellee.**

**ORDER DISMISSING APPEAL**

Appellant's Motion to Dismiss is GRANTED.

IT IS ORDERED that this appeal is dismissed with prejudice.

**DATED** this _____ day of June 2021.

_____
Supreme Court Justice

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 17 2021